**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**William LUCAS, Petitioner**

**No. 106 EAL 2017**

Supreme Court of Pennsylvania.

July 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Antonio FERGUSON, Petitioner**

**No. 72 WAL 2017**

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal, Application for Stay and Application to Amend are **DENIED**.

**Mustafa ALI, Petitioner**

v.

**Michael OVERMYER, Paul Ennis, Derrick Oberlander, Dorina Varna, Kim Smith, Jamie Ferdarko, Respondents**

**No. 85 WAL 2017**

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.